UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ __ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☑ **6th** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Mario Gil**   JOINT DEBTOR: _____   CASE NO.: **16-10608**
Last Four Digits of SS# **xxx-xx-4863**   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

A. $ **215.93** for months **1** to **19** ;
B. $ **384.63** for months **20** to **30** ;
C. $ **238.27** for months **31** to **60** ;
D. $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ **4,025.00**   TOTAL PAID $ **1,500.00**
Balance Due $ **2,525.00** payable $ **56.63** /month (Months **1** to **19**)
$ **1,448.97** payable $ **131.72** /month (Months **20** to **30**)
_____ payable $ _____ /month (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

**Quantum3 Group LLC**   Arrearage on Petition Date $ **1,018.34**
Address: **PO Box 788 Kirkland WA 98083-0788**   Arrears Payment $ **13.18** /month (Months **1** to **19**)
Account No: **XXXX9763**   Arrears Payment $ **18.86** /month (Months **20** to **60**)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| -NONE- | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**   Total Due $ _____
Payable $ _____ /month (Months ___ to ___)   Regular Payment $ _____

Unsecured Creditors: Pay $ **136.34**/month (Months **1** to **19**).
Pay $ **195.59** /month (Months **20** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
**Rejected Contracts and/or Leases**
-NONE-
**Assumed Contracts and/or Leases**
-NONE-

**Special Intentions:
Ally Financial: Debtor is surrendering the Property to Creditor**

**The Debtors will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

LF-31 (rev. 01/08/10)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Mario Gil**
**Mario Gil**
Debtor

Date:  **September 6, 2017**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                                                                Best Case Bankruptcy